IN THE NINTH JUDICIAL CIRCUIT COURT
IN AND FOR OSCEOLA COUNTY, FLORIDA

SOUTHSTAR CAPITAL GROUP, I, LLC,
COTTINGTON ROAD TIC, LLC, and
DURBAN ROAD TIC, LLC,

     Plaintiffs,

vs.

CASE NO. 2018-CA-000415-OC

1662 MULTIFAMILY LLC, HINES 1662
MULTIFAMILY, LLC, HINES
INVESTMENT MANAGEMENT
HOLDINGS LIMITED PARTNERSHIP,
HIMH GP, LLC, HINES INTERESTS
LIMITED PARTNERSHIP, JCH
INVESTMENTS, INC, and URBAN
OAKS BUILDERS LLC

     Defendants.
_____/

## VERIFIED MOTION FOR ADMISSION TO APPEAR PRO HAC VICE PURSUANT TO FLORIDA RULE OF JUDICIAL ADMINISTRATION 2.510

Comes now Katherine A. Brooker, Movant herein, and respectfully represents the following:

    1. Movant resides in Houston, Texas. Movant is not a resident of the State of Florida.

    2. Movant is an attorney and a member of the law firm of Baker Botts, LLP, with offices at One Shell Plaza, 910 Louisiana, Houston, Harris County, Texas, 77002, 713.229.1234.

    3. Movant has been retained personally or as a member of the above-named law firm on March 30, 2017 by Urban Oaks Builders LLC to provide legal representation in connection with the above-styled matter now pending before the above-named court of the State of Florida.

    4. Movant is an active member in good standing and currently eligible to practice law in the following jurisdiction(s): Include attorney or bar number(s). (Attach an additional sheet if necessary.)

| JURISDICTION | ATTORNEY/BAR NUMBER |
|---|---|
| Texas | 24075772 |
|  |  |

1

_____   _____
_____   _____
_____   _____

5. There have been no disciplinary, suspension, disbarment, or contempt proceedings initiated against Movant in the preceding 5 years, except as provided below (give jurisdiction of proceeding, date upon which proceeding was initiated, nature of alleged violation, statement of whether the proceeding has concluded or is still pending, and sanction, if any, imposed): (Attach an additional sheet if necessary.)

_____
_____
_____

6. Movant, either by resignation, withdrawal, or otherwise, never has terminated or attempted to terminate Movant's office as an attorney in order to avoid administrative, disciplinary, disbarment, or suspension proceedings.

7. Movant is not an inactive member of The Florida Bar.

8. Movant is not now a member of The Florida Bar.

9. Movant is not a suspended member of The Florida Bar.

10. Movant is not a disbarred member of The Florida Bar nor has Movant received a disciplinary resignation or disciplinary revocation from The Florida Bar.

11. Movant has not previously been disciplined or held in contempt by reason of misconduct committed while engaged in representation pursuant to Florida Rule of Judicial Administration 2.510, except as provided below (give date of disciplinary action or contempt, reasons therefor, and court imposing contempt): (Attach an additional sheet if necessary.)

_____
_____

12. Movant has filed motion(s) to appear as counsel in Florida state courts during the past five (5) years in the following matters: (Attach an additional sheet if necessary.)

Date of Motion   Case Name   Case Number   Court   Date Motion Granted/Denied

_____
_____

13. Local counsel of record associated with Movant in this matter is Jason A. Perkins, Florida Bar No. 0610852, who is an active member in good standing of The Florida Bar and has offices at Carlton Fields, P.A., 450 S. Orange Avenue, Orlando, Orange County, Florida 32801-3370, Telephone: 407.244.8250

14. Movant has read the applicable provisions of Florida Rule of Judicial Administration 2.510 and Rule 1-3.10 of the Rules Regulating The Florida Bar and certifies that this verified motion complies with those rules.

15. Movant agrees to comply with the provisions of the Florida Rules of Professional Conduct and consents to the jurisdiction of the courts and the Bar of the State of Florida.

WHEREFORE, Movant respectfully requests permission to appear in this court for this cause only.

DATED this 17th day of May, 2018.

*Katherine Brooker*
Katherine A. Brooker (Movant)
One Shell Plaza
910 Louisiana
Houston, Texas 77002
Telephone: 713.229.1222
katherine.brooker@bakerbotts.com

STATE OF TEXAS

COUNTY OF HARRIS

I, Katherine Brooker, do hereby swear or affirm under penalty of perjury that I am the Movant in the above-styled matter; that I have read the foregoing Motion and know the contents thereof, and the contents are true of my own knowledge and belief.

*Katherine Brooker*
Movant

I hereby consent to be associated as local counsel of record in this cause pursuant to Florida Rule of Judicial Administration 2.510.

DATED this \_\_\_18th\_\_\_ day of May, 2018.

_____
Jason A. Perkins (Local Counsel of Record)
Florida Bar Number 0610852
Carlton Fields, P.A.
450 S. Orange Avenue
Orlando, Florida 32801-3370
Telephone: 407.244.8250
Facsimile: 407.648.9099
E-Mail: jperkins@carltonfields.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on \_\_Friday\_\_, May 18, 2018, a true and correct copy of the foregoing motion was served by mail to PHV Admissions, The Florida Bar, 651 East Jefferson Street, Tallahassee, Florida 32399-2333 accompanied by payment of the $250.00 filing fee made payable to The Florida Bar, or notice that the movant has requested a judicial waiver of said fee; and to all known counsel of record via electronic mail at the addresses listed below:

Michael A. Hornreich
Steven D. Gonzales
Weinberg Wheeler Hudgins, Guin & Dial, LLC
255 South Orange Avenue, Suite 1260
Orlando, FL 32801
mhornreich@wwhgd.com
sgonzales@wwhgd.com

Ramon A. Rasco
Podhurst Orseck, P.A.
1 SE 3rd Avenue, Suite 2700
Miami, FL 33131
rrasco@podhurst.com

_____
Jason A. Perkins, Esq.

4