UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

SOUTHSTAR CAPITAL GROUP, I,
LLC; COTTINGTON ROAD TIC, LLC;
and DURBAN ROAD TIC, LLC,

    Plaintiffs,

v.    Case No. 6:18-cv-1453-Orl-37GJK

1662 MULTIFAMILY LLC; HINES 1662
MULTIFAMILY, LLC; HINES
INVESTMENT MANAGEMENT
HOLDINGS LIMITED PARTNERSHIP;
HIMH GP, LLC; HINES REAL ESTATE
HOLDINGS LIMITED PARTNERSHIP;
HINES INTEREST LIMITED
PARTNERSHIP; JCH INVESTMENTS,
INC; and URBAN OAKS BUILDERS,
LLC,

    Defendants.
_____

## ORDER

This cause is before the Court on its own motion. Pursuant to Local Rule 1.04(b), the Court hereby orders this case to be transferred to U.S. District Judge Anne C. Conway, with her consent, for consideration with Case No. 6:18-cv-1147-Orl-22DCI.

**DONE AND ORDERED** in Chambers in Orlando, Florida, on September 21, 2018.



ROY B. DALTON JR.
United States District Judge

Copies to:
Counsel of Record