**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION**

| | |
|---|---|
| IN RE: | CHAPTER 11 CASE |
| URBAN OAKS BUILDERS LLC, | |
| Debtor. | CASE NO. 18-34892 (S.D. Tex.) |
| | |
| SOUTHSTAR CAPITAL GROUP, I, LLC, COTTINGTON ROAD TIC, LLC, and DURBAN ROAD TIC, LLC, | |
| Plaintiffs, | |
| vs. | CASE NO.6:18-cv-01453--Orl-37GJK |
| 1662 MULTIFAMILY LLC, HINES 1662 MULTIFAMILY, LLC, HINES INVESTMENT MANAGEMENT HOLDINGS LIMITED PARTNERSHIP, HIMH GP, LLC, HINES INTEREST LIMITED PARTNERSHIP, JCH INVESTMENTS, INC, and URBAN OAKS BUILDERS LLC, | (Formerly Case No. 2018-CA-415-OC, Circuit Court of the Ninth Judicial Circuit, Osceola County, Florida) |
| Defendants. _____/ | |

**JOINT MOTION TO STAY PLAINTIFFS' RESPONSE TO DEFENDANT URBAN OAKS BUILDERS LLC'S MOTION TO DISMISS AND DEFENDANTS' RESPONSE TO PLAINTIFFS' MOTION FOR LEAVE TO AMEND COMPLAINT FOR DAMAGES**

1.  The parties, by and through their undersigned counsel, and pursuant to the applicable Federal Rules of Civil Procedure, hereby jointly move the Court to stay both Plaintiffs' Response to Defendant, Urban Oaks Builders LLC's (hereinafter, "UOB" or "the Debtor") Motion to Dismiss [Docket Entry No. 4] and Defendants' Response to Plaintiffs'

1

Motion for Leave to Amend Complaint for Damages [Docket Entry No. 10] for two reasons. *First,* the Defendant UOB filed for bankruptcy protection on August 31, 2018, and the entirety of this action is subject to the automatic stay in 11 U.S.C. § 362(a). *Second,* even if the automatic stay were not in effect, the parties would nonetheless move this Court to stay the pending deadlines until after the Court rules on Debtor's Motion to Transfer Venue [Docket Entry No. 8] and Plaintiffs' Motion to Abstain and Remand [Docket Entry No. 25]. In support thereof, the parties state as follows: The underlying state court action, filed in Osceola County, Florida on February 13, 2018 (the "State Court Action"), arises from allegedly defective construction at an apartment complex in Osceola County, Florida purchased by Plaintiff Southstar Capital Group I, LLC where the Debtor served as the general contractor (the "State Court Action").

    2.    As between the Debtor UOB and Plaintiffs, the following actions were pending in the State Court Action prior to the Debtor filing for bankruptcy protection:

- UOB filed a Motion to Dismiss the State Court Action [Docket Entry No. 4]
- Plaintiffs' filed a Motion for Leave to Amend Complaint for Damages against Defendants [Docket Entry No. 10]

    3.    In addition, the other defendants had filed a Motion to Dismiss the State Court Action and a Motion to Stay Discovery prior to UOB's bankruptcy filing.

    4.    On August 31, 2018, Debtor UOB filed for bankruptcy protection in the Bankruptcy Court for the Southern District of Texas (hereinafter, the "Bankruptcy Court"), in a matter styled *In re Urban Oaks Builders LLC*, Case No. 18-34892 (the "Bankruptcy").

5. Pursuant to 11 U.S.C. § 362(a), all proceedings against UOB were automatically stayed by the filing of the Bankruptcy, including discovery and motion practice pending in the State Court Action.  No relief from Section 362(a)'s automatic stay has been sought by any party in this action, and no claims against any parties have been severed from this action.

6. Because of the bankruptcy filing, UOB filed a Notice of Removal [Docket Entry No. 1] to the United States District Court for the Middle District of Florida, Orlando Division.

7. Additionally, on September 10, 2018, UOB filed a Motion to Transfer Venue [Docket Entry No. 8] to the Bankruptcy Court.

8. On September 11, 2018, the Court entered Orders [Docket Entry Nos. 11 & 12], setting September 25, 2018 as the deadline for Plaintiffs' Response to the Debtor's Motion to Dismiss and Defendants' Response to Plaintiffs' Motion for Leave to Amend Complaint for Damages.

9. In the meantime, on September 20, 2018, Plaintiffs filed a Motion to Abstain and Remand [Docket Entry No. 25].  The issues addressed in Plaintiffs' Motion to Abstain and Remand are inextricably intertwined with the issues raised in the Debtor's earlier filed Motion to Transfer Venue [Docket Entry No. 8].

10. In light of the effect of the automatic stay under 11 U.S.C. § 362(a) as well as the  foregoing events, on September 21, 2018, the parties met and conferred and came to acknowledge, agree, and stipulate that UOB's Motion to Transfer Venue [Docket Entry No. 8] and Plaintiffs' subsequently filed Motion to Abstain and Remand [Docket Entry No. 25]

should be briefed and determined prior to the Court entertaining the merits of this case through Debtor's Motion to Dismiss and Plaintiffs' Motion for Leave to Amend Complaint for Damages

11. Therefore, by way of this motion, the parties respectfully request that the Court enter an order staying any and all briefing on the Motion to Dismiss and the Motion for Leave to Amend Complaint until after the Motion to Transfer Venue and the Motion to Abstain and Remand are fully briefed and ruled upon by the Court in a written order. Such a stay is consistent with the automatic stay that was triggered by the Debtor's bankruptcy filing. In addition, such a stay would conserve the resources of the parties and the Court so that a determination on mandatory procedural issues can be made prior to a determination on the merits.

12. In filing this Motion, the parties acknowledge, agree, and stipulate that a stay would not affect their obligations to file certificates of interested persons and notices of related cases consistent with the Federal Rules of Civil Procedure and the Local Rules of the United States District Court for the Middle District of Florida. Stated another way, any stay entered by the Court would not delay or otherwise disrupt the ministerial actions required by the parties under the Federal Rules and Local Rules.

**WHEREFORE**, the undersigned respectfully request the Court to enter an order staying the Plaintiffs' Response to Debtor's Motion to Dismiss and staying Defendants' Response to Plaintiffs' Motion for Leave to Amend Complaint for Damages until after the Court has ruled on the Motion to Transfer Venue and Motion to Abstain and Remand.

Respectfully submitted,

*/s/ Matthew I. Kramer*
MICHAEL A. HORNREICH
Florida Bar No.: 379972
MATTHEW I. KRAMER
Florida Bar No.: 0937231
WEINBERG, WHEELER, HUDGINS,
GUNN & DIAL, LLC
255 South Orange Avenue, Suite 1260
Orlando, Florida 32801
Phone: 407.734.7000
Fax: 407.930.9180
mhornreich@wwhgd.com
mkramer@wwhgd.com
*Counsel for Plaintiffs Southstar Capital Group, I, LLC, Cottington Road TIC, LLC and Durban Road TIC, LLC*

*/s/Jason A. Perkins*
Jason A. Perkins, Esq.
Florida Bar Number 610852
Email: jperkins@carltonfields.com
CARLTON FIELDS, P.A.
CNL Center at City Commons
450 S. Orange Avenue, Suite 500
Orlando, FL 32801-3336
Telephone:   407.849.0300
Facsimile:   407.648.9099
*Local Counsel for Urban Oaks Builders LLC*

**AKERMAN LLP**
Three Brickell City Centre, Suite 1100
98 Southeast Seventh Street
Miami, Florida 33131
Phone:  (305) 374-5600
Fax: (305) 374-5095

By:  /s/ *Joseph L. Rebak*
Joseph L. Rebak
Florida Bar Number 308668
Email:  joseph.rebak@akerman.com
Bryan T. West
Florida Bar Number 83526
Email: bryan.west@akerman.com

*Counsel for Defendants 1662 Multifamily LLC, Hines 1662 Multifamily LLC, Hines Investment Management Holdings Limited Partnership, HIMH GP LLC, Hines Real Estate Holdings Limited Partnership, Hines Interests Limited Partnership, and JCH Investments, Inc.*

## LOCAL RULE 3.01(G) CERTIFICATION

**WE HEREBY CERTIFY THAT** counsel for Plaintiffs have conferred with counsel for Defendant regarding the relief requested in this Motion and all parties agree on the relief requested in this Motion.

*/s/ Matthew I. Kramer*_____    */s/Jason A. Perkins*_____
Matthew I. Kramer                  Jason A. Perkins, Esq.

*/s/ Joseph L. Rebak*_____     /
Joseph L. Rebak

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on September 25 2018, a true and correct copy of the foregoing has been served through the CM/ECF system to all registered CM/ECF recipients.

*/s/Jason A. Perkins*_____
Jason A. Perkins, Esq.
Florida Bar Number 610852

46487271;1