**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION**

| | |
|---|---|
| IN RE: | CHAPTER 11 CASE |
| URBAN OAKS BUILDERS LLC,<br>Debtor. | CASE NO. 18-34892 (S.D. Tex.) |
| SOUTHSTAR CAPITAL GROUP, I,<br>LLC, a Florida limited liability company;<br>COTTINGTON ROAD TIC, LLC, a Delaware<br>limited liability company; and DURBAN ROAD<br>TIC, LLC, a Delaware limited liability company,<br>        Plaintiffs,<br>v.<br>1662 MULTIFAMILY LLC, a Delaware limited<br>liability company; HINES 1662 MULTIFAMILY, LLC,<br>a Delaware limited liability company; HINES<br>INVESTMENT MANAGEMENT HOLDINGS LIMITED<br>PARTNERSHIP, a Texas limited partnership;<br>HIMH GP, LLC, a Delaware limited liability company;<br>HINES REAL ESTATE HOLDINGS LIMITED<br>PARTNERSHIP, a Texas limited partnership; HINES<br>INTEREST LIMITED PARTNERSHIP, a Texas<br>Limited Partnership; JCH INVESTMENTS, INC.,<br>a Texas corporation; and URBAN OAKS BUILDERS, LLC,<br>a Delaware limited liability company,<br>        Defendants.<br>_____/ | CASE NO. 6:18-cv-1453-Orl-37GJK |

**NOTICE OF PENDENCY OF OTHER ACTIONS**

In accordance with Local Rule 1.04(d), Plaintiffs Southstar Capital Group I, LLC, a Florida limited liability company, Cottington Road TIC, LLC, a Delaware limited liability company, and Durban Road TIC, LLC, a Delaware limited liability company (collectively, "**Plaintiffs**") certify that the instant action:

| | |
|---|---|
| __X__ IS | related to pending or closed civil or criminal case(s) previously filed in this Court, or any other Federal or State court, or administrative agency as indicated below: |

*Southstar Capital Group I, LLC, et al. v. 1662 Multifamily, LLC et al.*, Case No. 2018-CA-415OC, Ninth Judicial Circuit in and for Osceola County, Florida

*Hines Interests Limited Partnership, et al. v. Southstar Capital Group I, LLC et al.*, Case No. 6:18-cv-01147-ACC-DCI

*In re Urban Oaks Builders LLC*, Case No. 18-34892 (Bankr. S.D. Tex.)

| | |
|---|---|
| _____ IS NOT | related to any pending or closed civil or criminal case filed with this Court, or any other Federal or State court, or administrative agency. |

Plaintiffs further certify that they will serve a copy of this Notice of Pendency of Other Actions upon each party no later than fourteen days after appearance of the party.

Dated:  September 25, 2018

Respectfully submitted,

*/s/ Matthew I. Kramer*
MICHAEL A. HORNREICH
Florida Bar No.: 379972
MATTHEW I. KRAMER
Florida Bar No.: 0937231
**WEINBERG, WHEELER, HUDGINS, GUNN & DIAL, LLC**
255 South Orange Avenue, Suite 1260
Orlando, Florida 32801
Phone:  407.734.7000
Fax:     407.930.9180
mhornreich@wwhgd.com
mkramer@wwhgd.com
*Counsel for Plaintiffs Southstar Capital Group, I, LLC, Cottington Road TIC, LLC and Durban Road TIC, LLC*

## **CERTIFICATE OF SERVICE**

I hereby certify that on September 25, 2018, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system. I further certify that I mailed the foregoing document and the notice of electronic filing by first-class mail to the following non-CM/ECF participants:

Joseph Colagiovanni, Esq.
Baker Botts LLP
910 Louisiana Street
Houston, TX 77002-4995


Katherine Brooker, Esq.
Baker Botts LLP
910 Louisiana Street
Houston, TX 77002-4995

Omar Alaniz, Esq.
Baker Botts LLP
910 Louisiana Street
Houston, TX 77002-4995