# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**SOUTHSTAR CAPITAL GROUP, I, LLC,**
**COTTINGTON ROAD TIC, LLC,**
**DURBAN ROUND TIC, LLC**

                Plaintiffs,

-vs-                                              Case No.  6:18-cv-1453-Orl-22GJK

**1662 MULTIFAMILY LLC, HINES 1662 MULTIFAMILY, LLC., HINES INVESTMENT MANAGEMENT HOLDINGS LIMITED PARTNERSHIP, HIMH GP, LLC, HINES REAL ESTATE HOLDINGS LIMITED PARTNERSHIP, HINES INTEREST LIMITED PARTNERSHIP, JCH INVESTMENTS, INC, URBAN OAKS BUILDERS, LLC,**

                Defendants.
_____

## ORDER OF TRANSFER

In the interests of justice, the undersigned transfers this case to United States Magistrate Judge Donald C. Irick, with his permission, to be considered along with 6:18-cv-1147-Orl-22DCI.

**DONE** and **ORDERED** in Orlando, Florida on September 27, 2018.

_____
GREGORY J. KELLY
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:
Counsel of Record
Unrepresented Parties