# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**SOUTHSTAR CAPITAL GROUP, I, LLC, COTTINGTON ROAD TIC, LLC and DURBAN ROAD TIC, LLC,**

      **Plaintiffs,**

v.   Case No: 6:18-cv-1453-Orl-22DCI

**1662 MULTIFAMILY LLC, HINES 1662 MULITFAMILY, LLC, HINES INVESTMENT MANAGEMENT HOLDINGS LIMITED PARTNERSHIP, HIMH GP, LLC, HINES REAL ESTATE HOLDINGS LIMITED PARTNERSHIP, HINES INTEREST LIMITED PARTNERSHIP, JCH INVESTMENTS, INC. and URBAN OAKS BUILDERS, LLC,**

      **Defendants.**

## ORDER

This cause comes before the Court for consideration without oral argument on the following motions:

| | |
|---|---|
| **MOTION:** | **MOTION TO STAY DISCOVERY PENDING MOTION TO DISMISS (Doc. 7)** |
| **FILED:** | **September 6, 2018** |
| **THEREON** it is **ORDERED** that the motion is **DENIED**. | |

> **MOTION:** **SECOND MOTION FOR EXTENSION OF TIME TO RESPOND TO WRITTEN DISCOVERY (Doc. 9)**
>
> **FILED:** September 6, 2018
>
> ---
>
> **THEREON** it is **ORDERED** that the motion is **DENIED**.

In February 2018, Plaintiffs filed this action in state court. Doc. 2. The parties engaged in significant motion practice while the case proceeded in state court, including the filing of a motion to stay discovery and a motion for extension of time to respond to written discovery. Docs. 7 (the Motion to Stay); 9 (the Motion for Extension of Time).

On September 6, 2018, one of the defendants removed the case to this Court. Doc. 1. By doing so, the motions pending in state court, including the Motion to Stay and Motion for Extension of Time (collectively, the Motions), were placed on the Court's docket as pending motions. Docs. 7; 9.

The Motions are due to be denied for three independent reasons. First, there is nothing in the record indicating that the parties have held a case management conference pursuant to Federal Rule of Civil Procedure 26(f). Thus, the discovery period has not opened, Fed. R. Civ. P. 26(d)(1), and, consequently, there is no discovery to stay and no need to extend the time to respond to discovery served in state court. Second, the Motions do not contain a memorandum of law that discuss the federal standards for staying discovery or obtaining an extension of time. *See* Docs. 7; 9. Third, the Motions do not comply with Local Rule 3.01(g). For these reasons, the Court finds that the Motions are due to be denied.

Accordingly, it is **ORDERED** that the Motions (Docs. 7; 9) are **DENIED**.

**DONE** and **ORDERED** in Orlando, Florida on October 3, 2018.

DANIEL C. IRICK
UNITES STATES MAGISTRATE JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Parties