UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION
www.flmb.uscourts.gov

Miscellaneous Proceeding 6:19-mp-00001-KSJ

District Court Case No. 6:18-cv-01453

SOUTHSTAR CAPITAL GROUP, I, LLC et al.,

    Plaintiff(s)

vs.

1662 MULTIFAMILY LLC, et al.,

    Defendant(s)

## TRANSMITTAL OF MOTION FOR LEAVE TO APPEAL

This is an appeal pursuant to 28 U.S.C. §158(a) from a judgment, order or decree of the Bankruptcy Court entered in this adversary proceeding.

Motion for Leave to Appeal filed by Southstar Capital Group, I, LLC (Doc. No. 30) on May 21, 2019, and the Amended Notice of Appeal filed by Southstar Capital Group, I, LLC (Doc. No. 32) on May 22, 2019.  Response to Plaintiff's Motion for Leave to Appeal and Motion to Dismiss Plantiffs' Appeal (Doc. No. 37) on June 4, 2019l

Title of the order appealed, Order Granting Motion to Transfer and Denying Motion for Remand (Doc. No. 26) entered on May 7, 2019.

The party or parties included in the appeal to the District Court are:

APPELLANT: Southstar Capital Group, I, LLC
    ATTORNEY: Matthew I Kramer
        255 South Orange Avenue, Suite 1260
        Orlando, Florida 32801
        Phone: 407.734.7000

APPELLEE:   1662 Multifamily LLC, et al.,

    ATTORNEY: Jason A. Perkins, Esq.
        450 S. Orange Avenue
        Orlando, Florida 32801-3370
        Phone: 407.244.8250

ADDITIONAL PARTIES IN INTEREST INCLUDE:

    Joseph A. Colagiovanni
    Katherine A. Brooker
    One Shell Plaza
    910 Louisiana
    Houston, Texas 77002
    Telephone: 713.229.1222

    Omar J. Alaniz
    2001 Ross Avenue, Suite 900
    Dallas, Texas 75201
    Telephone: 214.953.6593

The items included in this transmittal pursuant to Fed. R. Bankr. P. 8003 are:

- Motion for Leave to Appeal
- Amended Notice of Appeal
- Response to Plaintiff's Motion for Leave to Appeal and Motion to Dismiss Plaintiff's Appeal

DATED on June 10, 2019.

                FOR THE COURT
                Sheryl L. Loesch ,
                Clerk of Court
                George C. Young
                Federal Courthouse
                400 West
                Washington Street
                Suite 5100
                Orlando, FL 32801