# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA
## ORLANDO DIVISION

|  |  |
|---|---|
| Southstar Capital Group, I, LLC ) <br> Cottington Road TIC, LLC, ) <br> Durban Road TIC, LLC, ) <br>  ) <br> *Plaintiffs*, ) <br>  ) <br> v. ) <br>  ) <br> 1662 Multifamily LLC, ) <br> Hines 1662 Multifamily, LLC, et al., ) <br>  ) <br> *Defendants*. ) <br>  ) | Adv. Pro. No. 6:19-mp-00001-KSJ |

## DEFENDANT URBAN OAKS BUILDERS, LLC'S NOTICE OF SERVING ORDER ON PRO HAC VICE

Defendant Urban Oaks Builders, LLC, by and through its undersigned counsel, hereby gives notice of serving all counsel of record via email or ECF with the Order Granting Motion of Matthew Okin to Practice *Pro Hac Vice*, Designation of Local Counsel, and Consent to Act [DE 14] filed on February 6, 2019.

Dated: February 12, 2019.                                  Respectfully submitted,

                                                           */s/ Scott A. Richards*
                                                           Scott A. Richards, Esq.
                                                           Florida Bar No. 72657
                                                           srichards@carltonfields.com
                                                           Carlton Fields Jorden Burt, P.A.
                                                           450 South Orange Avenue, Suite 500
                                                           Orlando, Florida 32801
                                                           Tel: 407-244-8226
                                                           Fax: 407-689-9099

117041749.1

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on February 12, 2019, I filed a copy of the foregoing via the Court's Electronic Case Filing System with notice of case activity generated.

/s/ Scott A. Richards
Scott A. Richards, Esq.
Florida Bar No. 72657