IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

| | | |
|---|---|---|
| In re:<br>URBAN OAKS BUILDERS LLC<br><br>_____<br><br>SOUTHSTAR CAPITAL GROUP I, LLC,<br>COTTINGTON ROAD TIC, LLC, and<br>DURBAN ROAD TIC, LLC,<br><br>  Appellants,<br><br>1662 MULTIFAMILY LLC, HINES 1662<br>MULTIFAMILY, LLC, HINES<br>INVESTMENT MANAGEMENT<br>HOLDINGS LIMITED PARTNERSHIP,<br>HIMH GP, LLC, HINES INTEREST<br>LIMITED PARTNERSHIP, JCH<br>INVESTMENTS, INC., and URBAN OAKS<br>BUILDERS LLC<br><br>  Appellees. | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | Case No. 18-34892 (S.D. Tex.)<br>Chapter 11<br>_____<br><br><br><br><br><br><br><br>Miscellaneous Proceeding<br>6:18-cv-1453-Orl-40DCI |

## URBAN OAKS BUILDERS LLC'S NOTICE OF APPEAL

Urban Oaks Builders LLC, appellee, appeals to the United State Court of Appeals for the Eleventh Circuit from the Order of the District Court for the Middle District of Florida, entered in this action on the 26th day of November 2019, reversing and remanding an Order Granting Motion to Transfer and Denying Motion for Remand entered by the Bankruptcy Court for the Middle District of Florida.

The parties to the Order appealed from and the names and address of their respective attorneys are as follows:

| | |
|---|---|
| Michael A. Hornreich<br>Matthew I. Kramer<br>Weinberg Wheeler Hudgins, Guin & Dial, LLC<br>255 South Orange Avenue, Suite 1260<br>Orlando, FL 32801<br>mhornreich@wwhgd.com<br>mkramer@wwhgd.com<br><br>Counsel for Southstar Capital Group I, LLC, Cottington Road TIC, LLC, and Durban Road TIC, LLC | Joseph L. Rebak<br>Bryan T. West<br>Akerman LLP<br>Three Brickell City Centre, Suite 1100<br>98 Southeast Seventh Street<br>Miami, FL 33131<br>joseph.rebak@akerman.com<br>bryan.west@akerman.com<br>nancy.perez@akerman.com<br>anna.martinez@akerman.com<br><br>Counsel for 1662 Multifamily, LLC, Hines Interests Limited Partnership, Hines 1662 Multifamily, LLC, Hines Investment Management Holdings Limited Partnership, HIMH GP, LLC, Hines Real Estate Holdings Limited Partnership, and JCH Investments, Inc. |

Date:  December 16, 2019

/s/ Scott A. Richards
Jason A. Perkins, Esq.
Florida Bar Number 0610852
Scott A. Richards
Florida Bar Number 72657
Carlton Fields, P.A.
200 South Orange Avenue, Suite 1000
Orlando, Florida 32801-3370
Telephone:    407.244.8250
Facsimile:     407.648.9099
E-Mail: jperkins@carltonfields.com
E-Mail: srichards@carltonfields.com
*Attorneys for Defendant Urban Oaks Builders LLC*

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on December 16, 2019 a true and correct copy of the foregoing was filed with the Clerk of the Court using the CM/ECF system which sent notification to all counsel of record.

/s/ Scott A. Richards
Scott A. Richards, Esq.