**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

SOUTHSTAR CAPITAL GROUP, I, LLC,
COTTINGTON ROAD TIC, LLC, and
DURBAN ROAD TIC, LLC,

    Plaintiffs,
vs.

1662 MULTIFAMILY LLC, HINES 1662
MULTIFAMILY, LLC, HINES
INVESTMENT MANAGEMENT
HOLDINGS LIMITED PARTNERSHIP,
HIMH GP, LLC, HINES INTEREST
LIMITED PARTNERSHIP, JCH
INVESTMENTS, INC, and URBAN
OAKS BUILDERS LLC

    Defendants.
_____/

CASE NO.6:18-cv-01453

(Case No. 2018-CA-415-OC,
Circuit Court of the Ninth
Judicial Circuit, Osceola County,
Florida)

**JOINT RESPONSE TO ORDER TO SHOW CAUSE**

Plaintiffs, SOUTHSTAR CAPITAL GROUP, I, LLC, COTTINGTON ROAD TIC, LLC, and DURBAN ROAD TIC, LLC, and Defendants, URBAN OAKS BUILDERS LLC ("UOB"), 1662 MULTIFAMILY LLC, HINES 1662 MULTIFAMILY, LLC, HINES INVESTMENT MANAGEMENT HOLDINGS LIMITED PARTNERSHIP, HIMH GP, LLC, HINES INTERESTS LIMITED PARTNERSHIP, and JCH INVESTMENTS, INC., by and through their respective undersigned counsel, hereby respond to the Court's Order to Show Cause (Doc. 83) and state as follows:

1.    Plaintiffs and Defendants (the "Parties") acknowledge that the deadline to provide a Status Update was not satisfied. The Parties appreciate it is their obligation to comply with this requirement, which was missed due to a calendaring mistake.

120898004.1

2. Plaintiffs and UOB have focused on advancing the appeal pending before the Eleventh Circuit Court of Appeals, Docket No. 19-15035, by filing the necessary pre-brief filings. Additionally, UOB has been preparing its Initial Brief for filing.

3. Furthermore, Plaintiffs and UOB have been preparing for trial in the Bankruptcy Court for the Southern District of Texas, where the principal bankruptcy suit filed by UOB is pending and where trial is to commence on Monday, January 27, 2020.

4. In an effort to ensure that all future status reports are timely filed, the Plaintiffs and Defendants have coordinated a schedule amongst themselves for the filing of status reports.

5. The Parties apologize to the Court for this oversight on this occasion. There was absolutely no intent to disregard the Court's Order.

DATED: January 24, 2020.

Respectfully submitted,

*/s/ Matthew I. Kramer*
MICHAEL A. HORNREICH
Florida Bar No.: 379972
MATTHEW I. KRAMER
Florida Bar No.: 0937231
WEINBERG, WHEELER, HUDGINS, GUNN & DIAL, LLC
255 South Orange Avenue, Suite 1260
Orlando, Florida 32801
Phone: 407.734.7000
Fax: 407.930.9180
mhornreich@wwhgd.com
mkramer@wwhgd.com

*Counsel for Plaintiffs Southstar Capital Group, I, LLC, Cottington Road TIC, LLC and Durban Road TIC, LLC*

*/s/Scott A. Richards*
Jason A. Perkins, Esq.
Florida Bar Number 610852
Scott A. Richards, Esq.
Florida Bar Number 72657
CARLTON FIELDS, P.A.
200 S. Orange Avenue, Suite 1000
Orlando, FL 32801-3336
Telephone:    407.849.0300
Facsimile:     407.648.9099
Email: jperkins@carltonfields.com
Email: srichards@carltonfields.com

Joseph Colagiovanni, Esq.*
Katherine Brooker, Esq.*
Baker Botts, LLP
One Shell Plaza
910 Louisiana St

120898004.1

Houston, TX 77002
713/229-1751
Fax: 713/229-7922
Email: katherine.brooker@bakerbotts.com
Email: joseph.colagiovanni@bakerbotts.com
*Admitted Pro Hac Vice*

Omar J. Alaniz, Esq.*
Baker Botts, LLP
Suite 900
2001 Ross Avenue
Dallas, TX 75201-2980
214-953-6593
Email: omar.alaniz@bakerbotts.com
*Admitted Pro Hac Vice*

*Attorneys for Urban Oaks Builders LLC*

By:  /s/ *Joseph L. Rebak*
Joseph L. Rebak
Florida Bar Number 308668
Email:  joseph.rebak@akerman.com
Bryan T. West
Florida Bar Number 83526
Email: bryan.west@akerman.com
**AKERMAN LLP**
Three Brickell City Centre, Suite 1100
98 Southeast Seventh Street
Miami, Florida 33131
Phone:  (305) 374-5600
Fax: (305) 374-5095

*Counsel for Defendants 1662 Multifamily LLC, Hines 1662 Multifamily LLC, Hines Investment Management Holdings Limited Partnership, HIMH GP LLC, Hines Real Estate Holdings Limited Partnership, Hines Interests Limited Partnership, and JCH Investments, Inc.*

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on January 24, 2020, a true and correct copy of the foregoing document was filed electronically via the Court's CM/ECF system, which provided to all counsel of record.

                                       */s/Scott A. Richards*
                                       Scott A. Richards, Esq.