# UNITED STATES COURT OF APPEALS
# FOR THE ELEVENTH CIRCUIT

ELBERT PARR TUTTLE COURT OF APPEALS BUILDING
56 Forsyth Street, N.W.
Atlanta, Georgia 30303

David J. Smith
Clerk of Court

For rules and forms visit
www.ca11.uscourts.gov

May 05, 2020

Clerk - Middle District of Florida
U.S. District Court
401 W CENTRAL BLVD
ORLANDO, FL 32801

Appeal Number: 19-15035-AA
Case Style: Southstar Capital Group, I, et al v. Urban Oaks Builders, LLC
District Court Docket No: 6:18-cv-01453-PGB-DCI
Secondary Case Number: 18-bk-34892-DRJ

The enclosed copy of the Clerk's Entry of Dismissal pursuant to appellant's motion to dismiss is issued as the mandate of this court. See 11th Cir. R. 42-1(a).

Sincerely,

DAVID J. SMITH, Clerk of Court

Reply to: T. L. Searcy, AA/lt
Phone #: (404) 335-6180

Enclosure(s)

DIS-3 Letter and Entry of Dismissal Vol

IN THE UNITED STATES COURT OF APPEALS
FOR THE ELEVENTH CIRCUIT

_____

No. 19-15035-AA

_____

In re: URBAN OAKS BUILDERS, LLC

                                        Debtor.

_____

SOUTHSTAR CAPITAL GROUP, I, LLC,
a Florida Limited Liability Company,
COTTINGTON ROAD TIC, LLC,
a Delaware Limited Liability Company,
DURBAN ROAD TIC, LLC,
a Delaware Limited Liability Company,

                                        Plaintiffs - Appellees,

versus

1662 MULTIFAMILY, LLC, et al.,

                                        Defendants,

URBAN OAKS BUILDERS, LLC,
a Delaware Limited Liability Company,

                                        Defendant - Appellant.

_____

Appeal from the United States District Court
for the Middle District of Florida

_____

ENTRY OF DISMISSAL: Pursuant to Appellant Urban Oaks Builders, LLC's motion for voluntary dismissal, FRAP Rule 42 and 11th Cir. R. 42-1(a), the above referenced appeal was duly entered dismissed on this date, effective May 05, 2020.

DAVID J. SMITH
Clerk of Court of the United States Court
of Appeals for the Eleventh Circuit

by:  T. L. Searcy, AA, Deputy Clerk

FOR THE COURT - BY DIRECTION